# TUCZINSKI, CAVALIER, GILCHRIST & COLLURA, P.C.

Attorneys At Law  
54 State Street, Suite 803, Albany, New York 12207

Telephone: (518) 463-3990 x 313  
Facsimile: (518) 426-5067  
Email: rcavalier@tcgclegal.com

September 4, 2008

Peter T. Dalleo, Clerk of Court  
U.S. District Court  
844 N. King Street  
Lockbox 18  
Wilmington, Delaware 19801

    Re:    **Simon Theobald v. IFS International, Inc., et al**  
              *Federal Civil Action No. 02-CV-1272 (Northern District of New York)*  
              *Delaware District Case No. 1-05-MC-33*

Dear Clerk:

    In connection with the above-referenced matter, a judgment was originally entered in the United States District Court of the Northern District of New York in case bearing Civil Action No. 02-CV-1272.

    That judgment was then filed or transcribed with your court. The applicable case number in your court is 1-05-MC-33. Enclosed you will find a satisfaction of that judgment certified by the United States District Court of the Northern District of New York on September 9, 2003. Please record the complete satisfaction of that judgment in accordance with the enclosed document.

    Please date stamp and return the enclosed copy of this letter, to signify your receipt of this letter and filing of the enclosed judgment. If there are any questions or if there are any further requirements, please contact the undersigned at your first convenience at the address or phone number on our letterhead.

                          Very truly yours,

                TUCZINSKI, CAVALIER, GILCHRIST & COLLURA, P.C.

                          Roland M. Cavalier

RMC/law  
Encl.  
cc:    Thomas J. McGowan, Esq. (w/o enc.)  
        Joseph M. Heppt, Esq. (w/o enc.)  
        Per Olof Ezelius (w/o enc.)  
        Michael DiGiovanna, Esq. (w/o enc.)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIMON THEOBALD

                  Plaintiff,

    -against-

IFS INTERNATIONAL HOLDINGS, INC.,
IFS INTERNATIONAL INC., and
PER OLAF EZELIUS

                  Defendants.
-----------------------------------------------------------------X

Index No.: 02-CV-1272 (TJM RFT)

**SATISFACTION OF JUDGMENT**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 02 2008
LAWRENCE K. BAERMAN, CLERK
ALBANY

WHEREAS, a judgment was filed in the above action and docketed on the 12th day of April, 2004, in favor of SIMON THEOBALD and against IFS INTERNATIONAL HOLDINGS, INC. and IFS INTERNATIONAL INC., in the amount of $201,435.07, which was amended, by a judgment filed in the above action and docketed on the 19th day of May, 2004, in favor of SIMON THEOBALD and against IFS INTERNATIONAL HOLDINGS, INC. and IFS INTERNATIONAL INC., in the amount of $234,871.00, and said judgment, as amended, with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       August 26, 2008

E C F   D O C U M E N T
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 9/3/2008
By: _____ Deputy Clerk

PORTNOY GALLAGHER, P.C.

By: _____

Kevin M. Gallagher, Esq.
260 Madison Avenue, 17th Floor
New York, New York  10016
(212) 687-1101

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

On the 28th day of August, 2008, before me personally came Kevin M. Gallagher to me known and known to be a member of the firm of Portnoy & Gallagher P.C., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

JOSEPH M. HEPPT
Notary Public State of New York
No. 02HE6032800
Qualified in Nassau County
Commission Expires May 12, 2010

SDNY Web 4/99